UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONNIE SPELLMAN, | CIVIL ACTION NO. 3:CV-12-0781 |
| Petitioner | (Judge Nealon) |
| v. | |
| ROBERT COLLIN, et al., | |
| Respondents | |

## ORDER

**NOW, THIS 14th DAY OF MARCH, 2013,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

3. Petitioner's motion to appoint counsel, (Doc. 13), is **DISMISSED** as moot.

4. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

United States District Judge

FILED
SCRANTON
MAR 1 4 2013
PER _____ DEPUTY CLERK